**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

sudie green

        Plaintiff,

v.                 Case No.: 1:14−cv−02601
                     Honorable Amy J. St. Eve

Mark S Diamond, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 14, 2015:

  MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties' stipulation to dismiss with prejudice [72], plaintiff's claims against Urban Financial of America, LLC f/k/a Urban Financial Group, Inc. and Mortgage Electronic Registration Systems, Inc. are dismissed with prejudice. Status hearing remains set for 1/20/15 at 8:30 a.m. to address the remaining claims, cross−claims and third−party claims. Urban Financial of America, LLC, f/k/a Urban Financial Group, Inc., Mortgage Electronic Registration Systems Inc. and Urban Financial Group Inc. terminated.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.