**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

sudie green

                       Plaintiff,

v.                                                 Case No.: 1:14–cv–02601
                                                        Honorable Amy J. St. Eve

Mark S Diamond, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 15, 2015:

       MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to the parties' stipulation to dismiss, plaintiff's claims against Primary Title Services, LLC are dismissed with prejudice. Defendant Primary Title Services LLC terminated.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.